**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     In the Interest of B. K. G. D. aka B. G. v. Department of Family and Protective Services

Appellate case number:   01-20-00057-CV

Trial court case number:  2018-04694J

Trial court:             313th District Court of Harris County

      The motion for reconsideration en banc is **denied**.


      It is so ORDERED.


Judge's signature: ___/s/ Peter Kelly_____
                    Acting for the Court


Panel consists of Chief Justice Radack, and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.

Date: ___November 19, 2020_____